ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy     Date: 3/24/2020
       by Order of Judge Alvin K. Hellerstein

The One Technologies, LLC v. Amazon.com, Inc., et al. 19 Civ. 10240 (AKH)

The IPTC previously set for April 3, 2020 is hereby adjourned.

You are hereby notified that you are required to appear for an initial PTC.

       Date : June 26 , 2020
       Time: 10:00 am
       Place: U.S. Courthouse - Southern District of New York
           500 Pearl Street
           Courtroom 14D
           New York, New York 10007

       So Ordered,

       _____/s/_____

       **Alvin K. Hellerstein**
           United States District Judge