UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                            :

THE ONE TECHNOLOGIES, LLC,                     :

                                                            :    **ORDER REGULATING**
                                    Plaintiff,               :    **PROCEEDINGS**
   -against-                                                  :
                                                            :    19 Civ. 10240 (AKH)

AMAZON SERVICES LLC and AMAZON.COM, :
INC.,                                                               :
                                                                :
                                    Defendants.          :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The oral argument previously scheduled for May 27, 2020 is hereby adjourned to June 9, 2020 at 2:30 p.m.  Oral argument will be held telephonically via the following call-in number:

       Call-in number: 888-363-4749

       Access code: 7518680

       To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Not later than June 5, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address [HellersteinNYSDChambers@nysd.uscourts.gov](mailto:HellersteinNYSDChambers@nysd.uscourts.gov)) a list of all counsel expected to appear on the record at the telephonic argument, along with their contact information.

       SO ORDERED.

Dated:     May 22, 2020                                 /s/ Alvin K. Hellerstein
             New York, New York            ALVIN K. HELLERSTEIN
                                                        United States District Judge